```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 26497
    ANTOINETTE M CAVENS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-0437

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/16/2004 and was confirmed 10/20/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/25/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
CITY OF CHICAGO WATER DE   SECURED              480.82         .00          359.14
COOK COUNTY TREASURER      SECURED                 .00         .00             .00
GENERAL MOTORS ACCEPTANC   SECURED            15667.00         .00        11994.69
SELECT PORTFOLIO SERVICI   CURRENT MORTG         .00           .00             .00
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE     9790.22           .00         9790.22
CAPITAL ONE                UNSECURED         NOT FILED         .00             .00
ALLIED INTERSTATE          UNSECURED         NOT FILED         .00             .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED         .00             .00
B-LINE/CROSS COUNTRY       UNSECURED           2642.84         .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED               .00         .00             .00
SHERECE B THOMPSON         UNSECURED         NOT FILED         .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           5215.98         .00             .00
LASALLE BANK               NOTICE ONLY       NOT FILED         .00             .00
PHILIP A IGOE              DEBTOR ATTY        2,094.00                     2,094.00
TOM VAUGHN                 TRUSTEE                                         1,349.02
DEBTOR REFUND              REFUND                                             12.93

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             25,600.00

PRIORITY                                       .00
SECURED                                  22,144.05
UNSECURED                                      .00
ADMINISTRATIVE                            2,094.00
TRUSTEE COMPENSATION                      1,349.02
DEBTOR REFUND                                12.93
                   --------------        --------------
TOTALS              25,600.00             25,600.00

                 PAGE   1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 26497 ANTOINETTE M CAVENS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/22/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE